# Third District Court of Appeal

## State of Florida

Opinion filed January 27, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-671
Lower Tribunal No. 09-4952
_____


**Iehuda Tzynder,**
Appellant,

vs.

**Keren Edelsburg,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, George A. Sarduy, Judge.

Nancy A. Hass (Hollywood), for appellant.

Kahn, Lewen & Resnik and Greg A. Lewen and Marcy S. Resnik (Dania), for appellee.


Before WELLS, ROTHENBERG and EMAS, JJ.

PER CURIAM.

Appellant Iehuda Tzynder appeals from a final judgment modifying parental responsibility and timesharing. We affirm the final judgment in all respects, save one: the final judgment modifies Tzynder's timesharing with the minor child by restricting contact to one time per week, and requires that all contact with and access to the minor child be in a supervised setting. However, the final judgment fails to identify what steps Tzynder must take in order to reestablish unsupervised timesharing. On remand, the trial court shall amend the final judgment to identify the necessary steps which Tzynder must take in order to reestablish unsupervised timesharing with the parties' minor child. See Hunter v. Hunter, 540 So. 2d 235 (Fla. 3d DCA 1989); Perez v. Fay, 160 So. 3d 459 (Fla. 2d DCA 2015).

Affirmed in part, reversed in part, and remanded.